# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140022

In re Contempt of DAVID BLACK.
_____/

LARRY BUILTE,
        Plaintiff,

v

DARLENE BUILTE,
        Defendant,

MICHAEL GILDNER,
        Appellee,

and

DAVID BLACK,
        Appellant.
_____/

SC: 140022
COA: 285330
St. Clair CC: 07-002728-DO

On order of the Court, the application for leave to appeal the September 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

_____
Clerk

d0419